### Exhibit A to the Complaint

**Location:** Framingham, MA  **IP Address:** 108.7.71.227
**Total Works Infringed:** 36  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9DBFB17E79FD811E7170C513AFC666FD1FE6D4F0<br>File Hash: EB6D46E009ADF7F9C443D8955389F43FC7A0ADF96576A7B53CA0CEAB549B55B3 | 03/15/2024 01:25:31 | TushyRaw | 07/12/2023 | 08/17/2023 | PA0002425538 |
| 2 | Info Hash: 8DF4E1579CDB6FE18CA07DCA40ED15382F74BDEF<br>File Hash: 2C082FAB3BA410F1C5C29476E125155C2B889FE60277843A5FD6FFE201ED3615 | 03/14/2024 20:23:04 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 3 | Info Hash: 3DF498251E08C284602FEAEAC60B2D7548004FA2<br>File Hash: 6E64EE26866D92DC7406E9ADFA3BD600946992341EBF79A72D8FBEDB9A01C3E3 | 03/06/2024 21:55:40 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 4 | Info Hash: C6098EFB0FA42AA10F4784EA66190525085768FE<br>File Hash: 18FECF6D98B5C9D7D2BEA926FDE119F2DFE544FC59DD68DD0987E8960F06DA02 | 03/03/2024 18:48:45 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 5 | Info Hash: 0E2EABBEB087870F4A65E7DC82ABF00454F860DD<br>File Hash: EFDBB2FB375413598BF6ECD4B4A7935BDA81378D71FD4588A4ECB54DE2E01603 | 03/03/2024 14:16:20 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 6 | Info Hash: D8FECFD26AE7812EE0544259F68AAEC092D39D1C<br>File Hash: A272613057FC0EA230EEB9A01092637C61D1D1CEFF875D0C57994A4BD93D2CC4 | 02/26/2024 15:21:54 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 7 | Info Hash: B38CF363CE37EA831B6EFC2F99BDC0510ACBFAA1<br>File Hash: 4052C730DD7FA195E47B5FD53A44FE57AB69B81BCA7E23B12D02DE495EE93430 | 02/21/2024 21:28:01 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 8 | Info Hash: 85F39FA44049E9DC15B8004EB2E30DE5E0874D01<br>File Hash: DA3FB80ADE7C81BF0053058F241F01C93D90D9C30F6CA82C73081CD9C111F24F | 02/19/2024 15:47:28 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 9 | Info Hash: 9B737C64B01CF3D5C8EA2D6AFE8F810A0BA2841C<br>File Hash: 00773901F221514A608D1EAAAC2E8E33BF6F63677C714DAD822D51646A937263 | 02/18/2024 19:54:51 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 10 | Info Hash: AEC21F3F2F62DBEB2829900ED2290CD9DFD4F0F7<br>File Hash: A1E3F6FA532A78E99F72B455240DD36F41BA5614AB72A3A774692FDC5000CB01 | 02/14/2024 14:53:14 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 11 | Info Hash: A9E707072EBD8F3B8FCB9B7F456A9FA3E5CF6E9B<br>File Hash: A3EE9049AC988EF44A6C7BE3B5A95B1D3792387FDB9921FEC1A286286A5D58CF | 02/12/2024 15:23:52 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5012F506229483E334E60513A35045E6AF976596<br>File Hash: BF0291CD19348316561BC15DEC731D5DE63063EAB3FE72111C7815015A619FB6 | 02/11/2024 15:58:35 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 13 | Info Hash: FF80800E25EC1A9B954C8C9CA0F98A0474092664<br>File Hash: FC5832254AC2C9DEB089070E0A8830665FAD6A3F0C1E0E299F3060EBC93F3425 | 02/04/2024 21:45:16 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 14 | Info Hash: 2C00AF6E6C81C52782F6DD83EE5317EDBA46C2DF<br>File Hash: 630B4339F90AEA2EB1869CE94BB977A085281C735C4722415308B779B87AA4F0 | 02/01/2024 13:20:44 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 15 | Info Hash: E4807BF40D77399D5ED7B318749EDDD4F92C7586<br>File Hash: D15BC5CF1D7B79965A02ED45A1955D0F5BD130CAA0AB90DAABF362F072A515AC | 01/29/2024 15:56:19 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 16 | Info Hash: 17727E74D07695AB4EA42606B91D6DBB74662686<br>File Hash: FB4B125B775F30675FDFC6E98F90834848A363AA90EE66B8DBFE16A9960BE91D | 01/29/2024 15:04:28 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 17 | Info Hash: 825A1F0D5DAF9654A057868D2F07CE97100507AB<br>File Hash: 19BF9106AB80AC8344C38D81A673D73FF3A65A8FFC7512815B9D277F38766B11 | 01/20/2024 15:54:09 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 18 | Info Hash: 350F0E3DB2A4B7FFEB8A26DE02B96970B34A3DC3<br>File Hash: D26B803407E334D9ACE6EED3B349330ABEB94F02438C47577359AEDCEEB7DE83 | 01/14/2024 20:39:44 | TushyRaw | 08/02/2023 | 08/17/2023 | PA0002425540 |
| 19 | Info Hash: EDF444F5AFD6C397F4019F6EB75E0A7A8898D8B3<br>File Hash: 080C181464FC85751BDD07FA28D2F34ACB11FC2BBBCF7A8D98ED319661F72DCB | 01/11/2024 14:39:48 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 20 | Info Hash: 6399AEC1D4879BFC03758DA061A6DEF25320FC71<br>File Hash: 51780C401F2949A9D68B312E1B58070BCC8A4CF0EC9A766996F8B7CC01AB40FE | 01/11/2024 14:39:28 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 21 | Info Hash: ACD1B2165E17D3C0E7D65F6B4351AA4AB71B7379<br>File Hash: 68AB12029D1A13DF42645F04514EBB3962729913DB7AD13842AE5A468BCDFC1D | 01/11/2024 14:02:23 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 22 | Info Hash: F496460C3CEBA35D5498F67266304060C89B70D6<br>File Hash: 3B04E21C3007AC6D5008DCFBBDD7D297B760424680FB0C0F069478FC94C43B86 | 01/07/2024 03:42:13 | Tushy | 09/13/2021 | 10/05/2021 | PA0002315290 |
| 23 | Info Hash: E44782FDEDF89C990C89EC6BA5D61304112364C0<br>File Hash: FB37DA4D1E7A18B6248AEBF7B7DD41B9062F6737FBE2E8C6F0DF8756592E6D6A | 01/06/2024 15:01:50 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4329ED998EA95020161CE7C378062C890DA771F1<br>File Hash: 9A2D33BB055CB43C88157CEF32A66DA4BC34D309F4E1E4A3F425B361BB3BDD3D | 01/02/2024 17:06:50 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 25 | Info Hash: 210EE71027CF60E2D17634B2B0136028594D7A70<br>File Hash: B6540B84351FA613B1F4732CBAB1B25056EA7722E19A7173C729C76AD05F1176 | 12/30/2023 08:54:16 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 26 | Info Hash: 7BAB468E2710C60974226BFA4A99FD85F64772E5<br>File Hash: 95A352E777764C523D2DFFB3FC9B7ACB91B81D5E5A57EBBECD8D5E0E67FFB7CD | 12/29/2023 23:22:46 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 27 | Info Hash: C9D5B38D315B0E27BEAB9ECF75A2728ED464DBF7<br>File Hash: 3C82461380746742F2260AF69899CEB1641AA367D9F70DB4786F9B6214AFFD52 | 12/25/2023 15:28:34 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 28 | Info Hash: 4572D2952F7A0429B3A832CFE05122D7CC50A0E9<br>File Hash: EAB4BD39F567DBB9F9379148FF5FB00E7B7D846CDC929D876725F4FABF09B13B | 12/25/2023 08:27:14 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 29 | Info Hash: 4E120D0BC23A03B979BC0657838169B80F0ECF68<br>File Hash: F8DEFFA0422D91C01E57ABDD0CDD04A06D054E963FADF90D616368F820F74C5A | 12/23/2023 22:39:08 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 30 | Info Hash: 7512995C185AA56A6BD8B26D06FBCAAAF2EF69FD<br>File Hash: BBB8D0ED585FA80B2F224B2A56B8664839D936E149C6CC90434BD50AE0F20507 | 12/23/2023 18:22:00 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 31 | Info Hash: A12E420CE5966EC66A21E124DDE1755E7F0B3489<br>File Hash: A13E0FABCAE8CB00BB775EB8E1050E5BE8F5424D65DFE0A06D98E615EF92F207 | 12/23/2023 18:21:12 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 32 | Info Hash: 9CB092A981E9A505088BF78CDDBB241DA9441216<br>File Hash: B7EE215C6E7F77824A7F11B1A34FED979EF2C690FE281353AB28A79A108B6FF7 | 12/23/2023 06:49:54 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 33 | Info Hash: 18D5E30ECF07F10937F43A37DF51FC1C0EEA8D3B<br>File Hash: F71FC0D4CDAB4F28C6D6D47132A5491EED5911F50BFA5ABD45DA9995F4A76C22 | 12/23/2023 06:27:14 | Vixen | 04/28/2023 | 05/15/2023 | PA0002411258 |
| 34 | Info Hash: 07FF1A3D1E17FA69BEA9F5AB1D76C342F6A283F8<br>File Hash: 31F89366172FF2E2F40459192C9DFE19E975027A41B60286B6EDAFB3DFEDE874 | 12/23/2023 02:28:50 | Tushy | 06/18/2023 | 07/13/2023 | PA0002420350 |
| 35 | Info Hash: 0E45ABF547D9A01164B7585FBF47BA5F06040153<br>File Hash: 64CABE4297E27407CCB6821606928EF13434975A93A3220DC324B69CB1C10F3D | 12/23/2023 00:48:11 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A541DD2D9944BD0A5252E98256C28DF085245F5A<br>File Hash: 9001726C365F2ED238B368955C175D6EE94EC3B515441F720C7CDF4CDD932FB3 | 12/22/2023 20:45:06 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |